IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:20 CR 041 |
| | ) Title 18, United States Code, |
| MORGAN SPARKS, | ) Section 1791(a)(2), and 2 |
| BRIAN FREEMAN, | ) |
| | ) JUDGE PEARSON |
| Defendants. | |

COUNT 1
(Possession of Contraband in Prison, 18 U.S.C. §§ 1791(a)(2) and 2)

The Grand Jury charges:

On or about August 6, 2018, in the Northern District of Ohio, Eastern Division, Defendants MORGAN SPARKS and BRIAN FREEMAN, inmates of the Federal Correctional Institution Elkton in Lisbon, Ohio, knowingly possessed a prohibited object, to wit: approximately 14.11 grams of marijuana, a Schedule I controlled substance, and did intentionally aid, abet, counsel, command, induce, and procure the commission of the offense, all in violation of Title 18, Sections 1791(a)(2) and 2, United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.